Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| **JUAN CARLOS VEGA MARTÍNEZ Y OTROS**<br><br>Parte apelante<br><br>v.<br><br>**JOSÉ TORAL MUÑOZ Y OTROS**<br><br>Parte apelada | **TA2025AP00217** | **APELACIÓN**<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.:<br>**BY2023CV04591**<br>**BY2024CV03692**<br><br>Sobre:<br>Ley de Corporaciones |

Panel integrado por su presidenta la Juez Domínguez Irizarry, la Juez Grana Martínez y el Juez Pérez Ocasio

Pérez Ocasio, Juez Ponente

## RESOLUCION

En San Juan, Puerto Rico, a 19 de agosto de 2025.

Comparece ante nos Juan Carlos Vega Martínez, en adelante, peticionario, mediante recurso de Apelación, el día 8 de agosto de 2025, solicitando nuestra revisión de la *"Resolución"* del Tribunal de Primera Instancia, Sala Superior de Guaynabo, en adelante, TPI-Guaynabo. Arguye que el Foro Recurrido se equivocó al declarar *"No Ha Lugar"* su solicitud de desestimación. Sin embargo, evaluada la naturaleza de este recurso, acogemos el mismo como una petición de *certiorari,* manteniendo el código alfanumérico asignado por la Secretaria de este Tribunal.

Ahora bien, el 18 de agosto de 2025, el peticionario radicó una *"Moción en Auxilio de Jurisdicción"*, en la que solicitó la paralización del juicio en el caso de epígrafe, pautados para los días 2, 4 y 16 de septiembre de 2025. Ese mismo día, José Toral Muñoz, en adelante, recurrido, presentó su *"Oposición a Solicitud de Auxilio de Jurisdicción y Memorando en Oposición a la Expedición del Auto de Certiorari"*.

Evaluado el recurso, y la comparecencia del recurrido, concluimos que no concurren los criterios establecidos en la Regla

40 del Reglamento de este Tribunal[1] para expedir el auto de *certiorari*.

Por todo lo cual, denegamos la solicitud de paralización de los procedimientos, así como la expedición del recurso de *certiorari*, del peticionario.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones

---

[1] *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 59-60, 215 DPR ___ (2025).